**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH HENDERSON,** **Plaintiff,** | ) | |
| | ) | **C.A. No. 25-285 Erie** |
| **v.** | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **BROCK GRICE, et al.,** **Defendants.** | ) | **Chief Magistrate Judge Richard Lanzillo** |

# MEMORANDUM ORDER

Plaintiff Joseph Henderson commenced this action pursuant to 42 U.S.C. § 1983 against three officers of the City of Erie Police Department: Brock Grice ("Grice"), Steven P. Matson ("Matson"), and Nicholas Spurgeon ("Spurgeon"). Plaintiff claims that the Defendants violated his rights under the Fourth Amendment when, during their response to a 911 emergency call, they forcibly entered his residence without a warrant and, upon entry, allegedly used excessive force to subdue and arrest him. Plaintiff also asserts a state law claim of assault and battery stemming from the incident. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On January 2, 2026, Defendants filed a motion to dismiss the complaint, or alternatively, for summary judgment [ECF No. 14]. The motion was fully briefed by the parties. In addition, the parties filed concise statements of material fact with supporting appendices and briefs. Because Defendants' motion requires consideration of materials beyond the complaint, including audio/visual recordings of the incident at issue, the Chief Magistrate Judge has treated the motion entirely as one for summary judgment under Fed. R. Civ. P. 56.

On August 20, 2026, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment be granted in part and denied in part. [ECF No. 25]. Specifically, the R&R concludes that Defendants' motion be denied to the extent Plaintiff's Fourth Amendment excessive force claim and state law assault and battery claim are based on Defendant Grice and Defendant Matson's alleged punching or kicking Plaintiff in the head and face; however, the R&R recommends that the motion be granted in all other respects. In addition, the R&R recommends that judgment should be entered in favor of Defendant Spurgeon pursuant to Fed. R. Civ. P. 58, and that he should be terminated as a party to this action.

Objections to the R&R were due to be filed by September 3, 2026; however, no objections have been received by the Court.

Thus, after *de novo* review of all relevant documents and pleadings in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 11th day of September, 2026;

IT IS HEREBY ORDERED that Defendants' motion to dismiss the complaint, or alternatively, for summary judgment, which has been construed in its entirety as a motion for summary judgment under Fed. R. Civ. P. 56 [ECF No. 14] is GRANTED in part and DENIED in part as follows: The motion is DENIED as to both Plaintiff's Fourth Amendment excessive force and state law assault and battery claims to the extent such claims allege that Defendants Grice and Matson punched and/or kicked Plaintiff in the head and face; however, the motion is GRANTED in all other respects, and judgment is hereby GRANTED in favor of Defendants and against Plaintiff on all claims unrelated to the alleged punching and/or kicking of Plaintiff in the

head and face.

IT IS FURTHER ORDERED that judgment will be entered by separate order in favor of Defendant Spurgeon pursuant to Fed. R. Civ. P. 58. The Clerk is hereby directed to terminate Defendant Spurgeon as a party to this action.

The report and recommendation of Chief Magistrate Judge Lanzillo, issued August 20, 2026 [ECF No. 25], is adopted as the opinion of the court.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge